No. 94–7749. GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7756. SHEEK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–892. C. W., BY HER GUARDIAN AD LITEM, MCKINLEY *v.* WASIEK. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–920. CALDERON, WARDEN, ET AL. *v.* SIRIPONGS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 1308.

No. 94–922. MICHIGAN *v.* ANDERSON. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1076. RITZ, ASSISTANT ATTORNEY GENERAL OF COLORADO *v.* GAGAN. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–972. TRI-STATE MACHINE, INC. *v.* NATIONWIDE LIFE INSURANCE CO. C. A. 4th Cir. Motions of Hanley C. Clark and National Association of Insurance Commissioners for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–987. WMX TECHNOLOGIES, INC., ET AL. *v.* CANADIAN GENERAL INSURANCE CO. ET AL. Sup. Ct. N. J. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–1079. UNITED TECHNOLOGIES CORP. ET AL. *v.* BROWNING-FERRIS INDUSTRIES, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.